# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148444(54)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RICHARD LEE HARTWICK,
      Defendant-Appellant.

_____/

SC: 148444
COA: 312308
Oakland CC: 2012-240981-FH

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time to file its brief and appendix on appeal is GRANTED.  The brief and appendix submitted on September 12, 2014, are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2014

